USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/25/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JOSE LAZALA,

                Defendant.

No. 12-CR-841 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the ongoing COVID-19 pandemic, the conference currently scheduled for April 3, 2020 is adjourned to June 8, 2020 at 2:30 p.m.

The Probation Department has notified the Court that Mr. Lazala has been compliant while on GPS location monitoring, thus the Probation Department is authorized to remove his GPS bracelet. Mr. Lazala or his attorney shall contact the Probation Department for logistical information on the procedure for having the bracelet removed.

SO ORDERED.

Dated:    March 25, 2020
            New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge