```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/8/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JOSE LAZALA,

Defendant.

No. 12-CR-841

ORDER

RONNIE ABRAMS, United States District Judge:

The VOSR is scheduled for June 8, 2020 at 2:30 p.m. The parties shall use the following dial-in information:

Dial-In Number: 888-363-4749

Access Code: 1015508

SO ORDERED.

Dated:   June 8, 2020
         New York, New York

Ronnie Abrams
United States District Judge