# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 8, 2020

**BY EMAIL AND ECF**

The Ronnie Abrams
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application granted. The conference is adjourned to August 21, 2020 at 2:30 p.m. No further adjournments will be granted absent good cause.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> July 9, 2020

**RE:    United States v. Jose Lazala, 12 Cr. 841 (RA)**

Dear Judge Abrams:

    I write on behalf of my client, Jose Lazala, with the consent of the Government, to respectfully request an adjournment of the next court appearance in the above-referenced case.

    I have been out of the (virtual) office recovering from surgery for the past couple of weeks.  This, combined with the restrictions necessitated by the pandemic, has hampered my ability to meet with Mr. Lazala and prepare for the court appearance.  I respectfully request that the Court adjourn the case for approximately six to eight weeks to a date that is convenient for the Court to allow the defense to prepare.  I note that I am unavailable on September 8.

    Thank you for your time and consideration of this matter.

Respectfully submitted,
      /s/
_____
Peggy Cross-Goldenberg
Supervising Trial Attorney
Federal Defenders of New York
646-588-8323
Peggy_cross-goldenberg@fd.org

Cc:    AUSA Joshua Naftalis
       USPO Lisa Faro